**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. CV 19-7408-DMG (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DAR FRANKLIN, LLC; THE OAKS GOURMET MARKET, LLC, | |
| Defendants. | |

-2-

This Court having granted in part and denied in part Plaintiff Brian Whitaker's Motion for Summary Judgment by Order dated November 12, 2020, and Plaintiff having filed a notice of voluntary abandonment of the remaining portion of his claim on December 4, 2018,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Dar Franklin, LLC and The Oaks Gourmet Market LLC.  Defendants are ORDERED to provide ADA-compliant dining tables, sales counter, and restroom mirror at The Oaks Gourmet, located 1915 N. Bronson Avenue, Los Angeles, California.

DATED:  January 4, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE